[No. 19979–0–I.   Division One.   January 4, 1988.]

GEORGE R. MOONEY, *Appellant,* v. SEATTLE CITY LIGHT, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 86–2–26436–1, John W. Riley, J., entered January 28, 1987. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Williams and Coleman, JJ.